1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES MORRIS,                        1:10-cv-01732-JLT (HC)

12            Petitioner,                 ORDER TRANSFERRING CASE TO THE
                                          SACRAMENTO DIVISION OF THE
13   vs.                                  UNITED STATES DISTRICT COURT,
                                          EASTERN DISTRICT OF CALIFORNIA
14   JAMES A. YATES

15            Respondent.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

18   28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

19   § 1915.

20        The petitioner is challenging a conviction from Sacramento County, which is part of the

21   Sacramento Division of the United States District Court for the Eastern District of California.

22   Therefore, the petition should have been filed in the Sacramento Division.

23        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25   will be transferred to the Sacramento Division.

26

                                          −1−

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This action is transferred to the United States District Court for the Eastern District of

3  California sitting in Sacramento; and

4    2.  All future filings shall reference the new Sacramento case number assigned and shall

5  be filed at:

6                    United States District Court
                     Eastern District of California
7                    501 "I" Street, Suite 4-200
                     Sacramento, CA 95814
8

9  IT IS SO ORDERED.

10  Dated:  **September 24, 2010**                    **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE